**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03186-RPM-BNB

DOREEN DIZ,

       Plaintiff,

v.

CONVERGENT OUTSOURCING, INC., a Washington corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

January 15, 2013       s/Richard P. Matsch
_____       _____
DATE       Richard P. Matsch, Senior District Judge